# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
| --- | --- |
| v. | ) |
| NATHANIEL L. STURDIVANT | ) Case No. 5:23 CR 0 0500 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

RECEIVED
2023 SEP -7 A 11: 47
U.S. MARSHALS
CLEVELAND, OH

FILED
SEP 12 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* NATHANIEL L. STURDIVANT,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349;
Counts 2-6: Wire Fraud, 18 U.S.C. § 1343;
Counts 7-11: Mail Fraud, 18 U.S.C. § 1341;
Counts 12-16: Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1)

Date: 09/07/2023

*Issuing officer's signature*

City and state: Cleveland, Ohio

*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/7/23, and the person was arrested on *(date)* 9/4/23
at *(city and state)* RAVENNA, OHIO.

Date: 9/11/23

*Arresting officer's signature* DET.

JEFF BALDREY DETECTIVE
*Printed name and title*