**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:23CR500 |
| | : | |
| Plaintiff, | : | JUDGE CHARLES ESQUE FLEMING |
| | : | |
| -vs- | : | |
| | : | |
| NATHANIEL L. STURDIVANT, | : | **MOTION TO JOIN JOINT MOTION** |
| | : | **TO CONTINUE** |
| Defendant. | : | |

Nathaniel Sturdivant moves to join the unopposed joint motion to continue, Dkt. Entry 74.

That motion indicates that all codefendants except for Mr. Sturdivant join in the motion. After

consulting with counsel, Mr. Sturdivant also joins in the motion and asks the Court to continue all

dates and deadlines in the trial order.


Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Christian J. Grostic*
CHRISTIAN J. GROSTIC
Assistant Federal Public Defender
Ohio Bar: 0084734
1660 West Second Street, Ste. 750
Cleveland, OH 44113
Telephone: 216-522-4856 Fax: 216-522-4321
E-mail: christian_grostic@fd.org