**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:23-CR-00500 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE REUBEN J. |
| | ) | SHEPERD |
| NATHANIEL L. STURDIVANT, | ) | |
| | ) | |
| Defendant. | ) | **ORDER ADOPTING MAGISTRATE** |
| | ) | **JUDGE'S REPORT AND** |
| | ) | **RECOMMENDATION** |

On September 7, 2023, Defendant was charged with one count of conspiracy to commit bank fraud, four counts of wire fraud, four counts of mail fraud, and four counts of aggravated identity theft for his role in a scheme to steal checks from the United States Postal Service, alter those checks, and cash them for pecuniary gain.  (ECF No. 1, Indictment).  On June 28, 2024, Defendant was sentenced to a total term of 34 months custody, three years supervised release with mandatory and special conditions (including participation in a drug treatment program), a $1,600 special assessment, and payment of $49,972.03 in restitution.  (ECF No. 140, Judgment). Defendant began his period of supervised release on October 6, 2025.  (Violation Report dated May 11, 2025).[1]

According to his supervising probation officer, Defendant's April 17, 2026 drug test was confirmed positive for the presence of marijuana, fentanyl, norfentanyl, oxycodone, and oxymorphone. (*Id.*).  Defendant was unsuccessfully discharged from outpatient drug treatment at Moore Counseling because of the drug test, as well as his inconsistent attendance.  (*Id.*).  The probation officer also informed the Court that Defendant has not made any payments toward his

---

[1]  A Supplemental Information Report was subsequently prepared on May 29, 2026.

restitution.  (*Id.*).  The Violation Report contains two alleged violations: 1) Illicit Drug Use, and 2) Failure to Comply with Substance Abuse Treatment.  (*Id.*).

The Court referred the matter to Magistrate Judge Reuben Sheperd "to conduct the appropriate proceedings except for sentencing, if sentencing is necessary.  If a revocation hearing is required, the assigned Magistrate Judge is to conduct the hearing and then file a report and recommendation."  (ECF No. 234).

Magistrate Judge Sheperd held a preliminary revocation hearing on June 3, 2026, and prepared a Report and Recommendation (R&R) on the same date.  (Minutes of proceedings [non-document] dated Jun. 3, 2026; ECF No. 246).  Defendant was present with his counsel, was advised of the allegations in the aforementioned reports, and was advised of his rights.  (ECF No. 246). Defendant indicated that he understood his rights, waived same, and admitted the violations.  (*Id.*). The probation officer informed Magistrate Judge Sheperd that Defendant has provided all requested information to verify his employment.  (*Id.*).  Defendant was released on the same terms and conditions of supervised release pending further proceedings.  (*Id.*).

In the R&R, Magistrate Judge Sheperd recommends that the Court accept Defendant's admissions and adjudge him guilty of the violations.  (*Id.*).  No objections to the R&R were filed. On review of the record, the Court adopts the R&R.  Defendant knowingly, voluntarily, and intelligently admitted to the violations as charged in the May 11, 2026 Violation Report and is adjudged guilty of violating his supervised release.  Sentencing is set for July 30, 2026, at 1:00 PM in Courtroom 17A.

**IT IS SO ORDERED.**

**Date: June 24, 2026**

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**

2